UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILBUR MURPHY,                                                       JUDGMENT
                                                                     05-CV- 1443 (ARR)
                       Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,


                       Defendant.
-----------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 11, 2006, remanding the matter to the Commissioner for (1) calculation of benefits for the period from December 2002 through April 2003, and (2) further proceedings regarding plaintiff's eligibility for benefits from May 2003 to present; it is

      ORDERED and ADJUDGED that the matter is remanded to the Commissioner for (1) calculation of benefits for the period from December 2002 through April 2003, and (2) further proceedings regarding plaintiff's eligibility for benefits from May 2003 to present.


Dated: Brooklyn, New York
       July 12, 2006
                                                                     ROBERT C. HEINEMANN
                                                                     Clerk of Court